# Fourth Court of Appeals
## San Antonio, Texas


February 4, 2015

No. 04-15-00002-CV

**IN THE INTEREST OF B.S.,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00206
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellant appeals the trial court's termination of his parental rights. Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. We have held that in parental-termination appeals, a procedure akin to *Anders* is necessary to best protect the statutory right to counsel on appeal, to provide a procedural mechanism for counsel to fulfill his ethical obligations, to assist the court in deciding appeals, and to provide consistent procedures for all indigent litigants. *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio 2003, no pet.). In compliance with the procedure set out in *Anders*, appellant's attorney has shown that he sent a letter to appellant, which explained his right to review the record and file a pro se brief. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014). In the letter to appellant, counsel stated that he had enclosed copies of the brief and motion to withdraw. *See id.*

Counsel's letter also advised appellant that if he wished to review the appellate record, he must file a motion in this court. Counsel also enclosed a form motion for this purpose. *See id.* If appellant wishes to file a motion to review the appellate record, we must do so on or before **February 17, 2015.**

If appellant desires to file a *pro se* brief, we ORDER that he do so on or before **March 6, 2015.** If appellant files a *pro se* brief, appellee may file a responsive brief no later than twenty days after the date appellant's *pro se* brief is filed in this court. We ORDER the motion to withdraw, filed by appellant's counsel, to be HELD IN ABEYANCE pending further order of the court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2015.



Keith E. Hottle
Clerk of Court